*Messrs. Raymond M. Hudson* and *Lewis K. Torbet* for petitioner. *Solicitor General Mitchell* for respondent.

---

No. 401. GULF REFINING COMPANY OF LOUISIANA *v.* A. H. PHILLIPS, TAX COLLECTOR. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. L. Herold* for petitioner. *Mr. Robert A. Hunter* for respondent.

---

No. 402. GULF REFINING COMPANY OF LOUISIANA *v.* A. H. PHILLIPS, TAX COLLECTOR. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. L. Herold* for petitioner. *Mr. Robert A. Hunter* for respondent.

---

No. 403. GULF REFINING COMPANY OF LOUISIANA *v.* M. H. SANDLIN, TAX ASSESSOR. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. L. Herold* for petitioner. *Mr. Robert A. Hunter* for respondent.

---

No. 404. J. W. McINTOSH, COMPTROLLER OF THE CURRENCY, E. F. ANDERSON, RECEIVER, GEORGIA NATIONAL BANK, ET AL. *v.* MISS RUTH M. JACKSON AND MRS. ANNA M. SCOTT. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. M. C. Elliott* and *Thos. F. Green* for petitioners. No appearance for respondents.

---

No. 405. LOUIS HOROWITZ AND S. ABRAMSON *v.* UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit